-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RASHAD DRISCOLL,

        Plaintiff,

    -v-

CITY OF ELMIRA, et al.,

        Defendants.

**DECISION AND ORDER**
13-CV-0336S(M)

FILED
DEC 1 2014
UNITED STATES DISTRICT COURT
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

        Pursuant to an Order of the Court (Docket No. 12) , the County Attorney for

the County of Elmira provided the Court, *in camera*, with an address at which

defendant Rudnick could be served.  *See Valentin v. Dinkins*, 121 F.3d 72, 75 (2d

Cir. 1997).  The Clerk of the Court is hereby directed, pursuant to 28 U.S.C. §

1915(d) and Fed.R.Civ.P. 4(c)(3),[1] to cause the United States Marshals Service

to serve the Summons and Complaint upon Rudnick at the address provided for

service, without plaintiff's payment therefor, unpaid fees to be recoverable if this

action terminates by monetary award in plaintiff's favor.  Rudnick's address shall

**not** be disclosed publicly in any way, except to the Marshals Service so that it can

effect service.

        IT IS SO ORDERED.

        *Richard J. Arcara*
        HONORABLE RICHARD J. ARCARA
        DISTRICT JUDGE
        UNITED STATES DISTRICT COURT

Dated:   Nov. 26  , 2014

---

[1]Plaintiff has been granted permission to proceed *in forma pauperis*.  (Docket No. 4.)